IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CIVIL ACTION NO.: 4:18-cr-226 |
| v. | |
| JENNAL AZIZ, | |
| Defendant. | |

# **O R D E R**

This matter is before the Court on Defendant's Unopposed Motion for Return of Passport. (Doc. 40.) Defendant seeks the return of her passport and states that the Government does not oppose the motion. However, as Defendant notes in her Motion, her passport is no longer in the Court's possession as it was surrendered to the State Department on June 20, 2019. Thus, while the Court has no objection to Defendant having a passport, the Court cannot afford Defendant the relief she seeks. Upon review of Defendant's Motion and after consultation with the United States Probation Office, the Court **DENIES** Defendant's Motion. Defendant should contact the State Department directly regarding the return of the passport which was surrendered on June 20, 2019, or alternatively for the issuance of a new passport.

**SO ORDERED**, this 3rd day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA